UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC,

      Plaintiff,                                    Case No. 18-cv-11714
                                                        Hon. Matthew F. Leitman

v.

JOHN DOE, subscribed assigned
IP Address 68.48.69.253,

      Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                               s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: September 5, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 5, 2018, by electronic means and/or ordinary mail.

                                               s/Holly A. Monda
                                               Case Manager
                                               (810) 341-9764